FILED
2002 SEP 26 AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARYL GRAVES, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 98-JEO-1531-S |
| ) | |
| TRINITY MORTGAGE COMPANY OF ) | |
| DALLAS, ) | |
| ) | |
| Defendant. ) | |

ENTERED
SEP 26 2002

## MEMORANDUM OPINION

On September 4, 2002, a magistrate judge of this court entered a report and recommendation (doc. 41) providing that default judgment be granted the plaintiff and that the plaintiff be awarded (1) a monetary judgment against the defendant Trinity Mortgage Company of Dallas for damages in the amount of $14,036.88; (2) an attorney's fee in the amount of $5,000.00; and (3) expenses of $150.00. It was further recommended that the class action allegations be dismissed without prejudice. No objections have been filed to the report and recommendation.

The court has considered the entire file in this action and has reached an independent conclusion that the magistrate judge's report and recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendations of the magistrate judge as enumerated above as the findings and conclusions of the court. Accordingly, the court finds

    (1) that the default judgment is due to be granted the plaintiff;

    (2) that the plaintiff is due to be awarded a monetary judgment
    against the defendant Trinity Mortgage Company of Dallas for

42

damages in the amount of $14,036.88; attorney's fees in the amount of $5,000.00; and expenses of $150.00; and,

(3) that the class action allegations are due to be dismissed without prejudice.

The Clerk of the Court is **DIRECTED** to serve a copy of this memorandum opinion upon counsel of record and upon the defendant, Trinity Mortgage Company of Dallas, c/o Park T. Jones, Vice President, 28870 U.S. 19 North, Suite 408, Clearwater, Florida 33761.

An appropriate order will be entered.

**DONE**, this 25th day of September, 2002.

KARON O. BOWDRE
United States District Judge

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

| | |
|---|---|
| DARYL GRAVES, individually, }<br>            Plaintiff(s) }<br>   v.                     }<br>                         }<br>TRINITY MORTGAGE COMPANY OF }<br>DALLAS,                }<br>           Defendant(s) } | Case Number:  CV-98-JEO-1531-S |

**NOTICE OF REASSIGNMENT**

The above-styled civil action has been reassigned to the Honorable Karon O. Bowdre. Please use case number CV-98-BE-1531-S on all subsequent pleadings.

DATED: September 26, 2002

                                                PERRY D. MATHIS, CLERK

                                                By: _____
                                                       Deputy Clerk

PDM:pg

xc:    Judges
        Counsel